**PLEASE RECEIPT AND RETURN**

RECEIVED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

*U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj500 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Brenda Montejano ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/~~Magistrate Judge~~,   **WILLIAM McCURINE, JR.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**Adriana Lopez-Montes**

DATED: 3/5/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
           Deputy Clerk