**ROBERT CARRIEDO**
Attorney at Law
State Bar No. 108204
105 West "F" Street, 3rd Floor
San Diego, CA 92101-6036
Tel: (619) 232-0900
     FAX: 234-2529

Attorney for Defendant
Brenda Montejano

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BRENDA MONTEJANO,<br><br>            Defendant. | Case No. 08cr0629-H<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING**<br><br>Date:  June 2, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Marilyn L. Huff |

   IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Randy K. Jones, Assistant United States Attorney, and the defendant, Brenda Montejano, by and through her counsel, Robert Carriedo, that the sentencing hearing in the above entitled case scheduled for Monday, June 2, 2008, at 9:00 a. m. be continued to Monday, September 2, 2008, at 9:00 a. m.  The parties agree that the time between now and September 2, 2008, is excludable under the Speedy Trial Act until the acceptance of guilty plea..  The defendant is currently in custody.

DATED: May 29, 2008

                                   Respectfully submitted,


                                   s/Robert Carriedo
                                   Robert Carriedo, Attorney for Defendant


                                   s/Randy K. Jones
                                   Randy K. Jones, Assistant U.S. Attorney

<u>CERTIFICATION OF SERVICE</u>

I, Robert Carriedo, hereby certify to the best of my information and belief that by having e-filed the "Joint Motion to Continue Sentencing Hearing" I have caused a copy of same to be served via electronic mail upon the following:

Randy K. Jones:        Randy.Jones2@usdoj.gov, efile.dkt.gc1@usdoj.gov,

Dated: May 29, 2008

   s/Robert Carriedo
_____
**Robert Carriedo**, Attorney for Defendant
Brenda Montejano