UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08 CR 629 H |
| Plaintiff, ) | ORDER CONTINUING SENTENCING HEARING |
| v. ) | |
| **BRENDA MONTEJANO**, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no. 25) requesting the continuance of the sentencing hearing currently set for June 12, 2008, at 9:00 a.m. until September 2, **2008, at 9:00 a.m.**, be **GRANTED.** The Court also finds that time should be excluded under the Speedy Trial Act until the acceptance of the plea. The defendant is currently in custody.

IT IS **SO ORDERED.**

Dated: May 29, 2008

*/s/ Marilyn L. Huff*
**HONORABLE MARILYN L. HUFF**
United States District Judge