```
 1  ROBERT CARRIEDO
    Attorney at Law
 2  State Bar No. 108204
    105 West "F" Street, 3rd Floor
 3  San Diego, CA 92101-6036
    Tel: (619) 232-0900
 4       FAX: 234-2529

 5  Attorney for Defendant
    Brenda Montejano
 6
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0629-H |
| Plaintiff, ) | |
| vs. ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| BRENDA MONTEJANO, ) | Date: September 2, 2008 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Marilyn L. Huff |

IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Randy K. Jones, Assistant United States Attorney, and the defendant, Brenda Montejano, by and through her counsel, Robert Carriedo, that the sentencing hearing in the above entitled case scheduled for Tuesday, September 2, 2008, at 9:00 a. m. be continued to Monday, December 15, 2008, at 9:00 a. m. The parties agree that the time between now and December 15, 2008, is excludable under the Speedy Trial Act until the acceptance of guilty plea.. An 'Acknowledgment of New Court Date' will be filed by defendant.

DATED: August 28, 2008

Respectfully submitted,

s/Robert Carriedo
Robert Carriedo, Attorney for Defendant

s/Randy K. Jones
Randy K. Jones, Assistant U.S. Attorney

## CERTIFICATION OF SERVICE

I, Robert Carriedo, hereby certify to the best of my information and belief that by having e-filed the "Joint Motion to Continue Sentencing Hearing" I have caused a copy of same to be served via electronic mail upon the following:

Randy K. Jones:        Randy.Jones2@usdoj.gov, efile.dkt.gc1@usdoj.gov,

Dated: August 28, 2008

    s/Robert Carriedo
_____
**Robert Carriedo**, Attorney for Defendant
Brenda Montejano