1  ROBERT CARRIEDO
   Attorney at Law
2  State Bar No. 108204
   105 West "E" Street, 3rd Floor
3  San Diego, CA 92101-6036
   Tel: (619) 232-0900
4  Fax:(619) 234-2529

5  Attorney for Defendant
   Brenda Montejano
6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                       (Hon. Marilyn H. Huff)

11  UNITED STATES OF AMERICA          )
                                      )
12                Plaintiff,          )      Case No. 08cr0629-H
                                      )
13                                    )
    vs.                               )
14                                    )
                                      )      ACKNOWLEDGMENT OF
15  BRENDA MONTEJANO,                 )      NEXT COURT DATE
                                      )
16                Defendant.          )
                                      )
17  ─────────────────────────────────

18

19      I, BRENDA MONTEJANO, hereby acknowledge I must be present before the

20  Honorable Marilyn H. Huff, on Monday, December 15, 2008, at 9:00 a.m., for sentencing.

21

22  Dated:

23                                    BRENDA MONTEJANO

24

25

26

27

28