# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>                         Plaintiff,   )<br>                                                     )<br>vs.                                              )<br>                                                     )<br>BRENDA MONTEJANO,                )<br>                                                     )<br>                         Defendant.   )<br>_____)  | Case No. 08cr0629-H<br><br>**ORDER TO CONTINUE<br>SENTENCING HEARING** |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the Tuesday, September 2, 2008, sentencing hearing be continued to **Monday, December 15, 2008, at 9:00 a.m.** The Court finds that time is excludable until acceptance of the guilty plea and under the Speedy Trial Act. The defendant has filed an 'Acknowledgment of Next Court Date.'

**IT IS SO ORDERED.**

DATED:   August 28, 2008

_____
**MARILYN L. HUFF
UNITED STATES DISTRICT COURT JUDGE**